**Order filed June 23, 2016**



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00167-CV

_____

## JOE PAYNE, Appellant

## V.

## TRACI KIM COURSEY, Appellee

### On Appeal from the County Court at Law No. 2
### Midland County, Texas
### Trial Court Cause No. 17623

### O R D E R

Joe Payne filed a notice of appeal from an order in which the trial court granted Traci Kim Coursey's motion for no-evidence summary judgment and entered a take-nothing judgment against Payne on all causes of action asserted by him. After this appeal was filed, Coursey filed a motion to dismiss this appeal for lack of jurisdiction and informed this court that the order from which Payne appealed was not final because Coursey has a pending counterclaim for damages against Payne. Coursey attached a file-stamped copy of the counterclaim to her motion. We note that the

order from which Payne appeals does not contain any language indicating that it is a final, appealable order. The order, therefore, did not dispose of the claim for affirmative relief asserted by Coursey against Payne and, thus, does not appear to be a final, appealable order. Because we do not believe the order is a final, appealable order, we abate the appeal.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). We determine whether a judgment is a final, appealable judgment based on the language in the judgment and the record of the case. *Lehmann*, 39 S.W.3d at 195. A judgment is final and appealable if it disposes of all parties and all claims in the case. *Id.* The order from which Payne attempts to appeal does not dispose of the various claims for affirmative relief asserted by Coursey against Payne, nor does the order contain any language indicating that it is final and appealable. Therefore, it is not a final, appealable order. *See id.* at 205–06.

Consequently, we abate the appeal pursuant to TEX. R. APP. P. 27.2 to permit the trial court to enter a final order or judgment. If a final, appealable order or judgment has not been entered by August 22, 2016, this court may dismiss this appeal. *See* TEX. R. APP. P. 42.3. If a final judgment is entered by that date, the parties are ordered to notify this court immediately.

The appeal is abated.

PER CURIAM

June 23, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2